# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WELLS FARGO BANK NA S/B/M WACHOVIA BANK, NA, | : | No. 354 MAL 2020 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CARL ALPHONSO THOMAS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2020, the Petition for Allowance of Appeal and Respondent's Petition for Leave to File an Answer to Petition for Allowance of Appeal *Nunc Pro Tunc* are **DENIED.**